# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRYAN JOHNSON

NO. 2023 KW 0959

**NOVEMBER 6, 2023**

---

In Re: Bryan Johnson, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 21-309.

---

**BEFORE:** **THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

> MRT
> AHP
> HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT